# Exhibit A

Order Filed on
**03/27/2012**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ira R. Deiches, Esq.
Deiches & Ferschmann
A Professional Corporation
25 Wilkins Avenue
Haddonfield, NJ 08033
(856)428-9696
Attorneys for BNB Bank, National Association

IN RE:

H & R GRENVILLE FINE DINING, INC.,

Debtor.

Case No. 11-25959

Judge: Hon. Raymond T. Lyons

Chapter 11

IN RE:

H & R GRENVILLE HOTEL, LLC,

Debtor.

Case No. 11-25960

Judge: Hon. Raymond T. Lyons

Chapter 11

## CONSENT ORDER RESPECTING TREATMENT OF CLAIMS
## OF BNB BANK, NATIONAL ASSOCIATION, SECURED CREDITOR

The relief set forth on the following pages, numbered two (2) through six (6), is hereby

ORDERED.

**DATED: 03/27/2012**

Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | H & R GRENVILLE FINE DINING, INC. |
| Case No.: | 11-25959-RTL |
| Debtor: | H & R GRENVILLE HOTEL, LLC |
| Case No.: | 11-25960-RTL |
| Caption of Order: | **CONSENT ORDER RESPECTING TREATMENT OF CLAIMS OF BNB BANK, NATIONAL ASSOCIATION, SECURED CREDITOR** |

This matter is before the Court on the presentation of the within Consent Order jointly by H & R Grenville Fine Dining, Inc. ("Grenville Fine Dining"), Debtor and Debtor-in-Possession in case 11-25959-RTL, and H & R Grenville Hotel, LLC ("Grenville Hotel"), Debtor and Detor-in-Possession in case 11-25960-RTL, by and through their attorney, Timothy P. Neumann, Esquire, a member of the firm of Broege, Neumann, Fischer & Shaver, and by BNB Bank, National Association, successor to Broadway National Bank (the "Bank"), by and through its attorney, Ira R. Deiches, Esquire, a member of the firm of Deiches & Ferschmann, A Professional Corporation, on notice to the United States Trustee and the holders of the twenty (20) largest unsecured claims in each case, no Official Committees having been appointed in these cases. The Court having considered the consents of the parties, through counsel, affixed hereto, as good and sufficient cause appearing for the entry of the within Order, it is hereby found:

A. Chapter 11 Filed. Grenville Fine Dining filed its Petition under Chapter 11 of the Bankruptcy Code on May 23, 2011 (the "Petition Date") and is presently operating as a debtor-in-possession in accordance with sections 1107 and 1108 of the Bankruptcy Code.

Grenville Hotel filed its Petition under Chapter 11 of the Bankruptcy Code on May 23, 2011 (the "Petition Date") and is presently operating as a debtor-in-possession in accordance with sections 1107 and 1108 of the Bankruptcy Code.

B. Pre-Petition Debt and Security Interests. Grenville Hotel, as borrower, is obligated to the Bank under the terms of a note dated April 7, 2004, in the original principal amount of $1,685,000.00 ("Note A"). Grenville Fine Dining is obligated to the Bank for the debt evidenced by Note A under the terms of a Guaranty dated April 7, 2004. There is due and owing to the Bank from Debtors under Note A the sum of $1,541,525.14, as of January 13, 2012.

*Approved by Judge Raymond T. Lyons  March 27, 2012*

(Page 3)

| | |
|---|---|
| Debtor: | H & R GRENVILLE FINE DINING, INC. |
| Case No.: | 11-25959-RTL |
| Debtor: | H & R GRENVILLE HOTEL, LLC |
| Case No.: | 11-25960-RTL |
| Caption of Order: | **CONSENT ORDER RESPECTING TREATMENT OF CLAIMS OF BNB BANK, NATIONAL ASSOCIATION, SECURED CREDITOR** |

Grenville Fine Dining, as borrower, is also obligated to the Bank under the terms of a note dated April 7, 2004, in the original principal amount of $750,000.00 ("Note B"). Grenville Hotel is obligated to the Bank for the debt evidenced by Note B under the terms of a Guaranty dated April 7, 2004. There is due and owing to the Bank from Debtors under Note B the sum of $562,586.69, as of January 13, 2012.

Grenville Fine Dining and Grenville Hotel are each also obligated to the Bank under the terms of their Guaranty dated March 29, 2005, in respect of a note signed by Renee's Great Expressions, Inc., evidencing that entity's loan from the Bank in the original principal amount of $150,000.00 ("Note C"). There is due and owing to the Bank from Debtors under Note C the sum of $57,641.77, as of January 13, 2012.

The transactions reflected by Note A, Note B and Note C are sometimes referred to hereafter as the "Loans."

C.    Pre-Petition Collateral. The Bank has, and the Debtors have acknowledged and agreed that the Bank has, as of the Petition Date, as collateral security for the Loans, a valid and subsisting first lien and security interest in all of the Debtors' personal property, including, but not limited to, all goods, including inventory, equipment and any accessions thereto, instruments, accounts, chattel paper, contract rights or rights to the payment of money, and all general intangibles, and all proceeds and products of any and all collateral (collectively, the "Pre-Petition Collateral"), by virtue of each Debtor's having executed and delivered to the Bank a Security Agreement dated April 7, 2004, the Bank having caused UCC Financing Statements to be filed with the State of New Jersey with respect to the Pre-Petition Collateral. In the event an Official Committee of Unsecured Creditors (the "Committee") is appointed under section 1102 of the Bankruptcy Code, such Committee shall have a period of sixty (60) days (or such longer period as the Committee may obtain for cause shown before

*Approved by Judge Raymond T. Lyons March 27, 2012*

(Page 4)

| | |
|---|---|
| Debtor: | H & R GRENVILLE FINE DINING, INC. |
| Case No.; | 11-25959-RTL |
| Debtor: | H & R GRENVILLE HOTEL, LLC |
| Case No.; | 11-25960-RTL |
| Caption of Order: | **CONSENT ORDER RESPECTING TREATMENT OF CLAIMS OF BNB BANK, NATIONAL ASSOCIATION, SECURED CREDITOR** |

the expiration of such period) from the date of the order approving the appointment of counsel for the Committee to investigate the facts and bring any appropriate proceedings as representative of the estate concerning or relating to the Bank's Loans, Pre-Petition Collateral and Mortgages; or, if no Committee is appointed, any party-in-interest has sixty (60) days (or a longer period for cause shown before the expiration of such period) from the entry of this Order to investigate the facts and file a motion seeking authority to bring any appropriate proceedings as representative of the estate concerning or relating to the Bank's Loans, Pre-Petition Collateral and Mortgages.

D.  Mortgages. As additional security for the obligations owed to the Bank under the Loans, Grenville Hotel executed and delivered to the Bank three (3) mortgages encumbering the property known as Lot 3, Block 34, on the official Tax Map of the Borough of Bay Head, New Jersey, and commonly known as 345 Main Avenue, Bay Head, New Jersey (the "Property"), warranting title to the Property (the "Mortgages"), as follows:

1. Mortgage dated April 7, 2004, in the principal amount of $1,685,000.00, recorded September 6, 2005, in the Office of the Clerk of Ocean County, New Jersey, in Book 12831 of Mortgages at Page 1043;

2. Mortgage dated April 7, 2004, in the principal amount of $750,000.00, recorded October 4, 2005, in the Office of the Clerk of Ocean County, New Jersey, in Book 12845 of Mortgages at Page 1324; and

3. Mortgage dated March 29, 2005, in the principal amount of $150,000.00, recorded April 10, 2006, in the Office of the Clerk of Ocean County, New Jersey, in Book 13119 of Mortgages at Page 216.

Through clerical error, the mortgagor in the Mortgages, and each of them, was identified as H & R Grenville Hotel, LLC, rather than H & R Grenville Fine Dining, Inc., which acquired title by

(Page 5)

| | |
|---|---|
| Debtor: | H & R GRENVILLE FINE DINING, INC. |
| Case No.: | 11-25959-RTL |
| Debtor: | H & R GRENVILLE HOTEL, LLC |
| Case No.: | 11-25960-RTL |
| Caption of Order: | **CONSENT ORDER RESPECTING TREATMENT OF CLAIMS OF BNB BANK, NATIONAL ASSOCIATION, SECURED CREDITOR** |

deed dated April 7, 2004, and recorded April 28, 2004, in the Office of the Clerk of Ocean County, New Jersey, in Book 12039 of Deeds at Page 551.

This clerical error has been and is shared among the Debtors and the Bank, as evidenced by the Property's having been scheduled as an asset of Grenville Hotel on its Schedule A - Real Property, filed herein on June 22, 2011, and the Property's not appearing as an asset of Grenville Fine Dining on its Schedule A - Real Property, filed herein on June 22, 2011.

F.  Necessity and Best Interest. Debtors and the Bank have negotiated the terms of the payment arrangements reflected in the within Order, constituting a modification of the Mortgages, the rights and obligations of the parties under the Loans and the Mortgages, and the opportunity of Debtors to continue their business operations without interruption, toward the objective of formulating an effective Plan of Reorganization.

Upon consideration of the consents of the parties, and for good cause shown, it is:

**ORDERED** as follows:

1.  The Mortgages, and each of them, shall be deemed reformed to the extent necessary to reflect the mortgagor in each instance as H & R Grenville Fine Dining, Inc., the titled owner of the Property, so as to clarify and ensure that the intentions of the parties in respect of the Mortgages shall be implemented, affording the Bank valid liens on the Property by virtue of the Mortgages, in such priorities as the terms of the Mortgages and their respective recording provide, subject to paragraph C above;

2.  Within ten (10) days from the entry of this Order, Debtors shall pay, or cause to be paid, as the case may be, all sums due and owing to the Borough of Bay Head, New Jersey, for real estate taxes and sewer charges associated with the Property, through the date of this Order;

(Page 6)

| | |
|---|---|
| Debtor: | H & R GRENVILLE FINE DINING, INC. |
| Case No.: | 11-25959-RTL |
| Debtor: | H & R GRENVILLE HOTEL, LLC |
| Case No.: | 11-25960-RTL |
| Caption of Order: | **CONSENT ORDER RESPECTING TREATMENT OF CLAIMS OF BNB BANK, NATIONAL ASSOCIATION, SECURED CREDITOR** |

3. Debtors shall pay, or cause to be paid, as the case may be, all sums due and to grow due to the Borough of Bay Head, New Jersey, for real estate taxes and sewer charges associated with the Property, as same become due hereafter, and shall pay to the Borough of Bay Head, New Jersey, all sums due in arrears for real estate taxes and sewer charges associated with the Property not later than September 3, 2012;

4. Debtors shall pay, or cause to be paid, all premiums due, as and when due, to accomplish the maintenance, continuation or reinstatement of all policies of insurance covering the Property, and other assets, real and/or personal, pledged to the Bank, or in which an interest has been given to the Bank as collateral security for the Loans;

5. Any terms of the documents executed in connection with the Loans to the contrary notwithstanding, Debtors shall pay, or cause to be paid, to the Bank, $12,500.00 within five (5) days of the entry of this Order, $12,500.00 on or before January 31, 2012, and $12,500.00 payable on or before February 29, 2012, followed by payments of $17,500.00 by the last day of each month thereafter, together with an additional $7,500.00 payable on or before July 10, 2012, and again on August 10, 2012, all to be applied by the Bank to the indebtedness represented by the Loans, in the Bank's discretion; however, nothing contained herein shall prevent the Bank from receiving payment in full of all sums to which it is entitled under the Notes and Mortgages, and all documents executed in connection with the Loans, in the event the Property is sold or refinanced;

6. Debtors are authorized to pay fees pursuant to 28 U.S.C. §1930 as they become due, from the Bank's cash collateral;

7. Default. In the event Debtors, or either of them defaults or violates this Order, the Bank shall be entitled to entry of an Order granting the Bank relief from the automatic stay as to the Property and all other assets, real and/or personal, pledged to the Bank as collateral under the Loans,

*Approved by Judge Raymond T. Lyons  March 27, 2012*

(Page 7)

| | |
|---|---|
| Debtor: | H & R GRENVILLE FINE DINING, INC. |
| Case No.: | 11-25959-RTL |
| Debtor: | H & R GRENVILLE HOTEL, LLC |
| Case No.; | 11-25960-RTL |
| Caption of Order: | CONSENT ORDER RESPECTING TREATMENT OF CLAIMS OF BNB BANK, NATIONAL ASSOCIATION, SECURED CREDITOR |

upon submission of an appropriate Order granting the Bank relief from the automatic stay and a certification of default, upon ten (10) calendar days written notice to Debtors, their attorney, the United States Trustee, the Committee, if any is formed, and the holders of the twenty (20) largest unsecured claims.

We hereby consent to the form and entry of the within Order.

BROEGE, NEUMANN, FISCHER & SHAVER
Attorneys for H & R Grenville Fine Dining, Inc.
and H & R Grenville Hotel, LLC

By: _____
Timothy P. Neumann, Esquire

DEICHES & FERSCHMANN
A Professional Corporation
Attorneys for BNB Bank, N.A.

By: _____
Ira R. Deiches, Esquire

*Approved by Judge Raymond T. Lyons  March 27, 2012*