# Exhibit B

Order Filed on
06/06/2012
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ira R. Deiches, Esq.
Deiches & Ferschmann
A Professional Corporation
25 Wilkins Avenue
Haddonfield, NJ 08033
(856)428-9696
Attorneys for BNB Bank, National Association

IN RE:

H & R GRENVILLE FINE DINING, INC.,

Debtor.

Case No. 11-25959

Judge: Hon. Raymond T. Lyons

Chapter 11

IN RE:

H & R GRENVILLE HOTEL, LLC,

Debtor.

Case No. 11-25960

Judge: Hon. Raymond T. Lyons

Chapter 11

**CONSENT ORDER AMENDING REPAYMENT TERMS REFLECTED
IN PRIOR ORDER DATED MARCH 27, 2012, RESPECTING TREATMENT
OF CLAIMS OF BNB BANK, NATIONAL ASSOCIATION, SECURED CREDITOR**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

ORDERED.

**DATED: 06/06/2012**

Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

This matter is before the Court on the presentation of the within Consent Order jointly by H & R Grenville Fine Dining, Inc. ("Grenville Fine Dining"), Debtor and Debtor-in-Possession in case 11-25959-RTL, and H & R Grenville Hotel, LLC ("Grenville Hotel"), Debtor and Detor-in-Possession in case 11-25960-RTL, by and through their attorney, Timothy P. Neumann, Esquire, a member of the firm of Broege, Neumann, Fischer & Shaver, and by BNB Bank, National Association, successor to Broadway National Bank (the "Bank"), by and through its attorney, Ira R. Deiches, Esquire, a member of the firm of Deiches & Ferschmann, A Professional Corporation, on notice to the United States Trustee, no Official Committees having been appointed in these cases; and it appearing that on March 27, 2012, this Court entered an Order styled "Consent Order Respecting Treatment of Claims of BNB Bank, National Association, Secured Creditor" (the "March 27th Order"), providing various forms of relief, including payment provisions reflected in the fifth (5th) decretal paragraph of the March 27th Order; and it further appearing that the parties have reached agreement with respect to those payment provisions to more closely reflect Debtors' cash flow; and the Court having considered the consents of the parties, through counsel, affixed hereto as good and sufficient cause appearing for the entry of the within Order, it is

**ORDERED** as follows:

The regular payments that Debtors shall pay, or cause to be paid, to the Bank, reflected in the fifth (5th) decretal paragraph of the March 27th Order, shall be modified going forward so that Debtors shall pay, or cause to be paid, to the Bank:

$16,000.00 by the last day of May, 2012;

$17,200.00 by the last day of June, 2012;

$17,200.00 by the last day of July, 2012;

$17,200.00 by the last day of August, 2012;

$16,000.00 by the last day of September, 2012;

$16,000.00 by the last day of October, 2012;

$13,250.00 by the last day of November, 2012;

$13,250.00 by the last day of December, 2012;

$13,250.00 by the last day of January, 2013;

$13,250.00 by the last day of February, 2013;

$16,000.00 by the last day of March, 2013;

$16,000.00 by the last day of April, 2013; and

*Approved by Judge Raymond T. Lyons June 06, 2012*

Case 23-01288-CMG    Doc 1-2    Filed 10/10/23    Entered 10/10/23 19:42:54    Desc
Exhibit B    Page 4 of 4

followed by like payments by the last day of the like months, respectively, through July, 2036, all to be applied by the Bank to the indebtedness represented by the Loans identified in the March 27th Order, in the Bank's discretion; however, nothing contained herein shall prevent the Bank from receiving payment in full of all sums to which it is entitled under the Notes and Mortgages identified in the March 27th Order and all documents executed in connection with the Loans, in the event the Property identified in the March 27th Order is sold or refinanced; and it is

**FURTHER ORDERED** that all other terms contained in the March 27th Order not amended or adjusted herein shall remain in full force and effect.

We hereby consent to the form and entry of the within Order.

BROEGE, NEUMANN, FISCHER & SHAVER
Attorneys for H & R Grenville Fine Dining, Inc.
and H & R Grenville Hotel, LLC

By:_____
    Timothy P. Neumann, Esquire

DEICHES & FERSCHMANN
A Professional Corporation
Attorneys for BNB Bank, N.A.

By:_____
    Ira R. Deiches, Esquire

*Approved by Judge Raymond T. Lyons June 06, 2012*