UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on December 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

v.

Case No.: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

# ORDER CLOSING ADVERSARY PROCEEDING

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 6, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This Court having noted the record discloses that this matter is concluded, it is

ORDERED that the within adversary proceeding is hereby closed for the following reason:

| | | |
|---|---|---|
| 00. | ❏ | Transfer to another district |
| 01. | ❏ | Dismissed for want of prosecution |
| 02. | ❏ | Dismissed or settled without entry of judgment |
| 03. | ❏ | Abstention |
| 04. | ❏ | Judgment entered by default |
| 05. | ❏ | Judgment entered on consent |
| 06. | ❏ | Transferred to District Court for jury trial |
| 07. | ❏ | Transferred to District Court (Other than for jury trial) |
| 08. | ❏ | Judgment entered on directed verdict after jury trial |
| 09. | ❏ | Judgment entered after bench trial by bankruptcy judge |
| 0A. | ❏ | Withdrawal of Reference by District Court |
| 0D. | ❏ | Transferred to another divisional office in the same district |
| 0X. | ❏ | Other |
| 10. | ❏ | Remanded to State Court |
| 11. | ❏ | Judgment entered on Motion for Summary Judgment |
| 12. | ❏ | Judgment Entered after jury trial before bankruptcy judge |
| 13. | ❏ | Judgment entered (other) |

*Rev. 8/1/07*